# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

VELMA A. REID,

                    **Plaintiff,**

                v.                                  Civil No. 07-6160-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    **Defendant.**

## JUDGMENT

    The decision of the Commissioner is reversed and remanded for payment of benefits. This action is dismissed.

    Dated: June    2   , 2008.


                                  /s/ Ann Aiken
                              **United States District Judge**